# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

GREGORY P. MOUTON AND
MARIVETTE V. MOUTON

VERSUS

LOWE'S HOME IMPROVEMENT
CENTERS, LLC D/B/A LOWE'S
HOME IMPROVEMENT, DAVID
DEBENEDETTO, SHANE (LAST
NAME UNKNOWN), TREMYA
ANTHONY, AND KELSI (LAST
NAME UNKNOWN)

NO.  2025 CW 0933

OCTOBER 20, 2025

---

In Re:    Gregory P. Mouton, Marivette V. Mouton, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 734723.

---

BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.

   **WRIT NOT CONSIDERED.**  Relators have improperly requested
supervisory review of multiple judgments in a single writ
application.  Although there is no explicit statutory prohibition
against challenging multiple orders in a single writ application,
the Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-
5(C) refer only to the "ruling . . . at issue" and the "ruling
complained of."   Therefore, we decline to consider multiple
judgments in a single writ application. See **Succession of Burgo**,
2019-0612  (La.  App.  1st  Cir.  8/5/19),  2019  WL  3574213
(unpublished).

   In addition, the writ application must include all documents
required by Rule 4-5(c) of the Uniform Rules of Louisiana Courts
of Appeal.  The Court also requires a copy of hearing transcript(s)
for evidentiary hearings, including but not limited to a motion to
recuse, along with a copy of all evidence admitted at such hearing.

   Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered.  Rules 4-9 and
2-18.7, Uniform Rules of Louisiana Courts of Appeal.

   In the event relators seek to file new applications with this
court, such applications must contain all pertinent documentation,
including documentation to show the timeliness of the original
writ application, and must comply with Rule 2-12.2, Uniform Rules
of Louisiana Courts of Appeal.  Any new applications must be filed
on or before November 19, 2025, and must contain a copy of this
ruling.

                         MRT
                         AHP
                         KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT